UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23567-BLOOM/Louis

STEPHANIE ARMAS,
*on behalf of herself and all others
similarly situated*,

    Plaintiffs,

v.

IVANWORKS WELLNESS, LLC,
and ELEMENTS THERAPEUTIC
MASSAGE, LLC,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff, Stephanie Armas's Notice of Voluntary Dismissal Without Prejudice, ECF No. [17]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. [17], is approved and adopted, and the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 2, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record